IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-831-WYD-OES

LINDA L. MOISEYEV,

     Plaintiff,

v.

DANIEL DUNN a/k/a DENNY DUNN, individually and as a Police Officer of the City and County of Denver, JODY M. PULFORD, individually and as a Police Officer of the City and County of Denver, GERALD R. WHITMAN, Chief of Police of the City and County of Denver and THE CITY AND COUNTY OF DENVER, a municipal corporation,

     Defendants.

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Defendants Dunn, Pulford and Whitman with Prejudice (filed February 11, 2006).  The Court, having reviewed the motion and being fully advised in the premises, hereby

ORDERED that Plaintiff's Motion to Dismiss Defendants Dunn, Pulford and Whitman with Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** against Defendants Daniel Dunn a/k/a Denny Dunn, Jody M. Pulford, and Gerald M. Whitman.  It is

FURTHER ORDERED that on or before **Friday, February 24, 2006**, Plaintiff and Defendant City and County of Denver ["Denver"] shall file a report indicating the status of the claims remaining Denver, as the parties had previously indicated that a settlement was reached in this case.

Dated: February 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge