IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00831-WYD-OES

LINDA L. MOISEYEV,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Stipulation to Dismiss filed February 24, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that the Stipulation to Dismiss is **GRANTED**.  In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs, expenses and attorney's fees.  It is

FURTHER ORDERED that the trial set to commence June 18, 2007, and the final trial preparation conference set June 7, 2007, are **VACATED**.

Dated:  February 28, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge